UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-14096-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAVINDRANAUTH ROOPNARINE,

    Defendant.
_____/

## REPORT AND RECOMMENDATION ON DEFENSE COUNSEL'S MOTION TO WAIVE STATUTORY MAXIMUM FOR LEGAL FEES [D.E. #292]

**THIS CAUSE** having come on to be heard upon the aforementioned motion and this Court having reviewed the motion and noting that it is premature at best, this Court recommends to the District Court as follows:

    1.    Recently appointed counsel for the Defendant requests that the Court waive the maximum amount of legal fees due under the Criminal Justice Act and the appropriate statutory authority for reviewing those fees. Counsel for the Defendant argues that prior counsel who was appointed in this case expended a great deal of time and effort and that the resultant fees attributable to this "case" will exceed the statutory maximum.

    2.    This Court reviews the statute in a different fashion. Whatever fees and time relating thereto were expended by prior Court appointed counsel, are reviewed separately and apart from any fees and time which Ms. Golder, as new Court appointed counsel, will incur in this case. This Court cannot anticipate how much time Ms. Golder will expend nor what the ultimate fees will be. There is plenty of time at the end of this case for a review of such matters.

**ACCORDINGLY**, this Court recommends to the District Court that the Motion to Waive Statutory Maximum for Legal Fees [D.E. #292] be **DENIED** without prejudice, and that this Court will review separately any CJA Voucher submitted by prior appointed counsel in this case as well as Ms. Golder as present Court appointed counsel for the Defendant, and such reviews by the Court shall take place at the appropriate time.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Jose E. Martinez, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** this 3rd day of November, 2015, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Jose E. Martinez
AUSA Theodore M. Cooperstein
Randee J. Golder, Esq.