UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 10-14096-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAVINDRANAUTH ROOPNARINE,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation on Counsel's Motion to Waive Statutory Maximum for Legal Fees issued by Chief United States Magistrate Judge Frank J. Lynch, Jr., on November 3, 2015. The Report and Recommendation recommends to this Court, that the Motion to Waive Statutory Maximum for Legal Fees [ECF No. 292] be denied without prejudice. Accordingly, the Court has considered the Report and Recommendation, and the pertinent parts of the record, counsel's objections to the report and recommendation of Chief Magistrate Judge Lynch, Jr. Based on the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Chief United States Magistrate Judge Frank J. Lynch, Jr's Report and Recommendation [ECF No. 296] is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19 day of November, 2015.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Chief Magistrate Judge Lynch, Jr
All Counsel of Record
CJA Administrator