UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-14096-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

v.

RAVINDRANAUTH ROOPNARINE,

Defendant.
_____/

**GOVERNMENT'S PROPOSED JURY INSTRUCTION**

**Deliberate Ignorance as Proof of Knowledge**
**(First Paragraph of Eleventh Circuit Criminal Pattern Special Instruction 8)**

If a Defendant's knowledge of a fact is an essential part of a crime, it's enough that the Defendant was aware of a high probability that the fact existed — unless the Defendant actually believed the fact didn't exist.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY


By:   /s/ *James V. Hayes*_____
      James V. Hayes
      Assistant United States Attorney
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961-9181
      James.Hayes3@usdoj.gov

      Theodore M. Cooperstein
      Assistant United States Attorney
      Florida Court ID No. A5501084
      101 South US Highway 1, Suite 3100
      Ft. Pierce, FL 34950
      Telephone: 772-466-0899
      Fax: 772-595-3606

**CERTIFICATE OF SERVICE**

   I hereby certify that on March 9, 2016, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

               *s/ James V. Hayes*_____
               James V. Hayes
               Florida Court ID No.  A5501717

**SERVICE LIST**

Theodore M. Cooperstein
Assistant United States Attorney
101 South US Highway 1, Suite 3100
Fort Pierce, FL   34950
Telephone:  772-466-0899
Fax:  772-595-3606
Email: theodore.cooperstein2@usdoj.gov

James V. Hayes
Assistant United States Attorney
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9181
Fax: (305) 536-4676
James.Hayes3@usdoj.gov

Attorneys for the United States

Randee J. Golder
P.O. Box 243756
Boynton Beach, Florida 33424-3756
Telephone: 561-752-9890
Email: rjgolder@bellsouth.net

Attorney for Defendant