UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 10-14096-CR-MARTINEZ**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAVINDRANAUTH ROOPNARINE,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION ON COUNSEL'S CJA VOUCHER REQUEST FOR ATTORNEY'S FEES AND EXPENSE

**THIS CAUSE** came before the Court upon the Report and Recommendation regarding Criminal Justice Act Voucher 113C-0001086 issued by Chief United States Magistrate Judge Frank J. Lynch, Jr, on August 8, 2016 [ECF No. 364]. Chief Magistrate Judge Lynch, recommends that this Court, approve the voucher request 113C-0001086 and that Randee J. Golder, Esq. be paid **$33,911.20** as reasonable attorney's fees and expenses. Counsel was afforded the opportunity to file objections to the Report and Recommendation, and the Court notes that no objections were filed.

Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Chief Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Chief United States Magistrate Judge Frank J. Lynch, Jr's Report and Recommendation [ECF No. 364], is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23 day of August, 2016.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Chief Magistrate Judge Lynch Jr.
Randee J. Golder, Esq
CJA Administrator